*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Jona Harvey<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25–13236–djb<br><br>Chapter: 13 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 8/28/25
Plan Due 8/28/25
Schedules A/B Due 8/28/25
Schedules C Due 8/28/25
Schedules D Due 8/28/25
Schedules E/F Due 8/28/25
Schedules G Due 8/28/25
Schedules H Due 8/28/25
Schedules I Due 8/28/25
Schedules J Due 8/28/25
Statement of Attorney Compensation Due 8/28/25
Statement of Current Monthly Income (122C–1) Due 8/28/25
Statement of Financial Affairs Due 8/28/25
Summary of Assets and Liabilities Due 8/28/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 15, 2025

By the Court

Derek J Baker
Judge, United States Bankruptcy Court