LOCAL BANKRUPTCY FORM 1007-1(c)
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE:    Jona Harvey

    Debtor(s)

: CHAPTER 13
:
: CASE NO. 25-13236
:
:
:

CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Jona Harvey, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

___ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

_X_ I have received no regular income other than Social Security and Pension throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

___ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

___ I did not receive payment advices due to factors other than those listed above. (Please explain)


I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.


Dated: 9/10/2025

_____
Debtor