B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Jona Harvey  
Debtor(s)

Case No.: 25-13236  
Chapter: 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 6,500.00 |
   | Prior to the filing of this statement I have received | $ 6,500.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:
   ☒ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   The above-referenced fee does not include representation in any motion, adversary action, conversion to another chapter under the Code, motion to avoid liens, representation in a 2004 examination or services rendered in connection with this matter being converted to an asset proceeding. If any of these events occur, the undersigned's services and all litigation will be billed on an hourly basis under the terms of the fee agreement entered into by the debtor and the undersigned.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 9, 2025  
Date

/s/ Zachary Perlick  
Zachary Perlick 73851  
*Signature of Attorney*  
Law Office Of Zachary Perlick  
1420 Walnut Street  
Suite 718  
Philadelphia, PA 19102  
(215) 569-2922   Fax: (215) 569-1444  
perlick@verizon.net  
*Name of law firm*