**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **JONA HARVEY**        :Bankruptcy No. 25-13236DJB
                              :
                              :
        **Debtor**               : **Chapter 13**

<u>**CERTIFICATION OF SERVICE**</u>

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Notice of Motion to Convert Case to Chapter 11

· Motion to Convert Case to Chapter 11

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 5/13/26          <u>/Zachary Perlick/</u>
                       Zachary Perlick, Esquire
                       1420 Walnut Street, Suite 718
                       Philadelphia, PA  19102
                       (215) 569-2922
                       zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

610-322-5608
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF  ___1st Class Mail ____Certified Mail ____e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF  ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF  ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Jona Harvey
101 East Baltimore Avenue, #1512
Media, PA 19063
Debtor

Via: __CM/ECF  X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF  X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Chaz Hunt**
POB 696
Broomall, PA 19008

**Chaz's Tree Service**
PO Box 696
Broomall, PA 19008

**Credit Collection Services**
POB 447
Norwood, MA 02062-0447

**Credit Collection Services**
POB 447
Norwood, MA 02062-0447

**Main Line Health**
130 South Bryn Mawr Ave.
Bryn Mawr, PA 19010

**Media Fire & Hook & Ladder Co #1**
POB 1469
Media, PA 19063-1469

**Petrikin Wellman Damico Brown & Petrosa**
The William Penn Building
109 Chelsey Drive
Media, PA 19063

**Select Portfolio Servicing, Inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250

**TD Bank, N.A.**
P.O. Box 9547
Portland, ME 04112-9547

**U.S. Bank Trust Company, N.A.**
c/o MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**U.S. Bank, N.A. as Trustee**
c/o Select Portfolio Servicing, Inc.
POB 65250
Salt Lake City, UT 84165-0250