## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Jona Harvey | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 25-11484-DJB |
| | : | Hearing Date: June 11, 2026 at 11:00 AM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Motion to Dismiss is GRANTED and it is further,

**ORDERED,** that this case is dismissed *with prejudice* under 11 U.S.C. § 109(e) as the plan is over the debt limit to be eligible to file a Chapter 13 Bankruptcy, and it is further,

**ORDERED**, that any wage orders previously entered are **VACATED**.

**BY THE COURT**

Dated: _____

_____

**HON. DEREK J. BAKER,**
**U.S. BANKRUPTCY JUDGE**