**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    JONA HARVEY          :     CHAPTER 13
                               :
                               :
          DEBTOR               :     Bankruptcy No. 25-13236

**O R D E R**

AND NOW, this        day of            , 2026, upon consideration of the Debtor's Motion to convert to a case under Chapter 11, it is HEREBY ORDERED that said Motion is GRANTED. It is further ORDERED that all wage attachments are vacated.

BY THE COURT:

_____
THE HONORABLE DEREK J. BAKER

**Date: June 11, 2026**