**UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | |
| JONA HARVEY | § | BANKRUPTCY NO.  25-13236 (DJB) |
| | § | |
| DEBTOR | § | |

**NOTICE OF TELEPHONE NUMBER FOR SECTION 341(A)**
**MEETING OF CREDITORS**

The Section 341(a) Meeting of Creditors will be held telephonically on

**Thursday, July 16, 2026 at 10:00 a.m. (ET).**

Any party wishing to participate may call the conference line at that time at

**888-330-1716 access code 3684976.**

ANDREW R. VARA
United States trustee
for Regions 3 and 9

By:    ___/s/ John H. Schanne_____
John H. Schanne, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Building
900 Market Street, Room 320
Philadelphia, PA  19107
Phone: (215) 597-4411
E-Mail: John.Schanne@usdoj.gov

DATED: June 16, 2026