United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13236-djb |
| Jona Harvey | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 17, 2026 | Form ID: 309E1 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jona Harvey, 101 East Baltimore Avenue, #1512, Media, PA 19063-6161 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| 15039631 | + | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15048707 | + | Chaz's Tree Service, PO Box 696, Broomall, PA 19008-0696 |
| 15039633 | + | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15039634 | + | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15039638 | + | U.S. Bank, N.A. as Trustee, Bear Sterns Asset Backed Certificates, 3415 Vision Drive, Columbus, OH 43219-6009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: Perlick@verizon.net | Jun 18 2026 00:45:00 | ZACHARY PERLICK, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102 |
| smg | Email/Text: megan.harper@phila.gov | Jun 18 2026 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Jun 18 2026 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 18 2026 00:45:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15039632 | EDI: CCS.COM | Jun 18 2026 04:44:00 | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15039635 | Email/Text: dt@petrikin.com | Jun 18 2026 00:45:00 | Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15039636 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2026 00:45:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15039637 | EDI: TDBANKNORTH.COM | Jun 18 2026 04:44:00 | TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15063442 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2026 00:45:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15044011 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2026 00:45:00 | U.S. Bank, N.A. as Trustee, c/o Select Portfolio Servicing, Inc., POB 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

District/off: 0313-2                          User: admin                                                    Page 2 of 3
Date Rcvd: Jun 17, 2026                       Form ID: 309E1                                        Total Noticed: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15039639 | | various residential leases |
| 15044012 | | various residential leases |
| 15044035 | | various residential leases |
| 15044004 | *+ | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15044027 | *+ | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15044005 | * | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15044028 | * | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15044006 | *+ | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15044029 | *+ | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15044007 | *+ | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15044030 | *+ | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15044008 | *P++ | PETRIKIN WELLMAN DAMICO BROWN & PETROSA, ATTN H FINTAN MCHUGH, 109 CHESLEY DRIVE, WILLIAM PENN BUILDING, MEDIA PA 19063-1749, address filed with court:, Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15044031 | *P++ | PETRIKIN WELLMAN DAMICO BROWN & PETROSA, ATTN H FINTAN MCHUGH, 109 CHESLEY DRIVE, WILLIAM PENN BUILDING, MEDIA PA 19063-1749, address filed with court:, Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15044009 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15044032 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15044010 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15044033 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15044034 | * | U.S. Bank, N.A. as Trustee, c/o Select Portfolio Servicing, Inc., POB 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backe bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company  National Association rshearer@raslg.com |
| United States Trustee | |

District/off: 0313-2                                User: admin                                          Page 3 of 3
Date Rcvd: Jun 17, 2026                            Form ID: 309E1                                      Total Noticed: 17

USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

on behalf of Debtor Jona Harvey Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Jona Harvey<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–6891<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed in chapter:   13   8/14/25 | |
| Case number:   25–13236–djb | | Date case converted to chapter:   11   6/11/26 | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Jona Harvey | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 101 East Baltimore Avenue, #1512<br>Media, PA 19063 | |
| **4.** | **Debtor's attorney**<br>Name and address | ZACHARY PERLICK<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 | Contact phone  (215) 569–2922<br><br>Email  Perlick@verizon.net |
| **5.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone  (215)408–2800<br><br>Date: 6/17/26 |

**For more information, see page 2 >**

Debtor  **Jona Harvey**                                                                                    Case number **25–13236–djb**

| | | |
|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 16, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details**<br><br>For additional meeting info. go to https://www.justice.gov/ust/ch11moc |

| | |
|---|---|
| **7. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):**<br>• if you assert that the debtor is not entitled to a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is:  .**<br><br>**Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 10/23/25<br>**For a governmental unit:**                    2/10/26<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**                 **Filing Deadline:**<br>The law permits debtors to keep certain property as   30 days after the *conclusion* of the meeting of exempt. If you believe that the law does not authorize an   creditors exemption claimed, you may file an objection. |

| | |
|---|---|
| **8. Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **9. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |

| | |
|---|---|
| **10. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |

| | |
|---|---|
| **11. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |