# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JONA HARVEY,<br>DEBTOR(S). | §<br>§<br>§<br>§<br>§<br>§<br>§ | CHAPTER 11<br>CASE NO. 25-13236-DJB |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on August 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To Maintain Insurance and Provide Debtor-in-Possession Documents and attachments thereto;
- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 10, 2026

By: /s/ *Hannah Deininger*

Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
Email: Perlick@verizon.net
**Debtor**
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Email: ecfemails@ph13trustee.com
**Sub-V Trustee**
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

Matthew Fissel
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Email: matthew.fissel@brockandscott.com
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Email: rshearer@raslg.com
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**END OF DOCUMENT**