United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-13236-djb
Jona Harvey Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 10, 2026 Form ID: pdf900 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jona Harvey, 101 East Baltimore Avenue, #1512, Media, PA 19063-6161 |
| 15039631 | + | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15048707 | + | Chaz's Tree Service, PO Box 696, Broomall, PA 19008-0696 |
| 15039633 | + | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15039634 | + | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15040562 | + | U.S. Bank Trust Company, N.A., c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15039638 | + | U.S. Bank, N.A. as Trustee, Bear Sterns Asset Backed Certificates, 3415 Vision Drive, Columbus, OH 43219-6009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 11 2026 01:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2026 01:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15039632 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 11 2026 01:22:00 | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15039635 | | Email/Text: dt@petrikin.com | Aug 11 2026 01:22:00 | Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15039636 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2026 01:22:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15039637 | | Email/Text: bankruptcy@td.com | Aug 11 2026 01:22:00 | TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15063442 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2026 01:22:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15155348 | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 01:22:00 | U.S. Bank Trust Company, National Association, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15155113 | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 01:22:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15044011 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2026 01:22:00 | U.S. Bank, N.A. as Trustee, c/o Select Portfolio Servicing, Inc., POB 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15039639 | | various residential leases |
| 15044012 | | various residential leases |
| 15044035 | | various residential leases |
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15044004 | *+ | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15044027 | *+ | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15044005 | * | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15044028 | * | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15044006 | *+ | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15044029 | *+ | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15044007 | *+ | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15044030 | *+ | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15044008 | *P++ | PETRIKIN WELLMAN DAMICO BROWN & PETROSA, ATTN H FINTAN MCHUGH, 109 CHESLEY DRIVE, WILLIAM PENN BUILDING, MEDIA PA 19063-1749, address filed with court:, Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15044031 | *P++ | PETRIKIN WELLMAN DAMICO BROWN & PETROSA, ATTN H FINTAN MCHUGH, 109 CHESLEY DRIVE, WILLIAM PENN BUILDING, MEDIA PA 19063-1749, address filed with court:, Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15044009 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15044032 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15044010 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15044033 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15044034 | * | U.S. Bank, N.A. as Trustee, c/o Select Portfolio Servicing, Inc., POB 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backe msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |

| | |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backe bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Jona Harvey Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| JONA HARVEY, | § | CASE NO. 25-13236-DJB |
| DEBTOR(S). | § | |

**NOTICE OF REQUEST, RESPONSE DEADLINE AND IN-PERSON HEARING DATE**

***Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To Maintain Insurance and Provide Debtor-in-Possession Documents***

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before August 25, 2026 you or your attorney must file a response to the Motion. (see Instructions on next page).

2. A hearing on the Motion is scheduled to be held on September 1, 2026 at 1:00 p.m. both by **Zoom video conference (ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791) and in-person at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market Street, Courtroom #2 Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

If you are not required to file electronically, you must file your response at

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**Robert N.C. Nix Sr. Federal Building**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107**
**Telephone: (215)408-2840**

If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov

Date: August 10, 2026