**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Jona Harvey, | § | Case No. 25-13236-DJB |
| | § | |
| Debtor. | § | |

**EXHIBITS AND WITNESSES OFFERED IN SUPPORT OF MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR CONVERT TO CHAPTER 7 FOR FAILURE TO MAINTAIN INSURANCE AND PROVIDE DEBTOR-IN-POSSESSION DOCUMENTS**

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by and through his undersigned counsel, hereby submits this list (this "List") of exhibits and witnesses in support of the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 For Failure to Maintain Insurance and Provide Debtor-In-Possession Documents* (Docket No. 53) (the "Motion").

The U.S. Trustee reserves the right to amend or supplement this List prior to the hearing.

**EXHIBITS**

The U.S. Trustee reserves the right to use any and all exhibits introduced into evidence by any party, to introduce into evidence any exhibit it may deem appropriate to rebut any evidence introduced by movants or any other party, and to introduce into evidence any of the following exhibits at trial of this matter:

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Motion (Docket No. 53) | | | |
| 2. | Notice of Motion (Docket No. 54) | | | |
| 3. | Certificate of Service (Docket No. 55) | | | |
| 4. | Certificate of No Response (Docket No. 57) | | | |

## WITNESS

The U.S. Trustee reserves the right to cross-examine any and all witnesses identified or called to testify by the any other party, and to present any witness it may deem appropriate to rebut any evidence introduced by any other party.

Dated: August 26, 2026

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*

John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov