**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| Jona Harvey, | § | Case No. 25-13236-DJB |
| Debtor. | § | **Related Docket No. 53** |

## ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 For Failure to Maintain Insurance and Provide Debtor-In-Possession Documents* (Docket No. 53) (the "Motion"), and the Court having considered the Motion, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1) The Motion is GRANTED.

2) The Debtor's bankruptcy case is hereby DISMISSED.

3) Within thirty (30) days of the entry of this Order, the Debtor shall (i) file all outstanding monthly operating reports and (ii) pay all statutory fees payable to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6), together with the statutory rate of interest.

4) This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order. The U.S. Trustee shall not be required to file a motion to reopen in connection with seeking enforcement of the terms of this Order by the Court.

Dated: August 31, 2026

The Honorable Derek J. Baker
United States Bankruptcy Judge