United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-13236-djb
Jona Harvey Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 31, 2026 Form ID: pdf900 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jona Harvey, 101 East Baltimore Avenue, #1512, Media, PA 19063-6161 |
| 15039631 | + | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15048707 | + | Chaz's Tree Service, PO Box 696, Broomall, PA 19008-0696 |
| 15039633 | + | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15039634 | + | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15040562 | + | U.S. Bank Trust Company, N.A., c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15039638 | + | U.S. Bank, N.A. as Trustee, Bear Sterns Asset Backed Certificates, 3415 Vision Drive, Columbus, OH 43219-6009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 01 2026 01:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 01 2026 01:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15039632 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 01 2026 01:48:00 | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15039635 | | Email/Text: dt@petrikin.com | Sep 01 2026 01:48:00 | Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15039636 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 01 2026 01:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15039637 | | Email/Text: bankruptcy@td.com | Sep 01 2026 01:48:00 | TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15063442 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 01 2026 01:48:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15155348 | + | Email/Text: RASEBN@raslg.com | Sep 01 2026 01:48:00 | U.S. Bank Trust Company, National Association, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15155113 | + | Email/Text: RASEBN@raslg.com | Sep 01 2026 01:48:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15044011 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 01 2026 01:48:00 | U.S. Bank, N.A. as Trustee, c/o Select Portfolio Servicing, Inc., POB 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15039639 | | various residential leases |
| 15044012 | | various residential leases |
| 15044035 | | various residential leases |
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15044004 | *+ | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15044027 | *+ | Chaz Hunt, POB 696, Broomall, PA 19008-0696 |
| 15044005 | * | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15044028 | * | Credit Collection Services, POB 447, Norwood, MA 02062-0447 |
| 15044006 | *+ | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15044029 | *+ | Main Line Health, 130 South Bryn Mawr Ave., Bryn Mawr, PA 19010-3121 |
| 15044007 | *+ | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15044030 | *+ | Media Fire & Hook & Ladder Co #1, POB 1469, Media, PA 19063-8469 |
| 15044008 | *P++ | PETRIKIN WELLMAN DAMICO BROWN & PETROSA, ATTN H FINTAN MCHUGH, 109 CHESLEY DRIVE, WILLIAM PENN BUILDING, MEDIA PA 19063-1749, address filed with court:, Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15044031 | *P++ | PETRIKIN WELLMAN DAMICO BROWN & PETROSA, ATTN H FINTAN MCHUGH, 109 CHESLEY DRIVE, WILLIAM PENN BUILDING, MEDIA PA 19063-1749, address filed with court:, Petrikin Wellman Damico Brown & Petrosa, The William Penn Building, 109 Chelsey Drive, Media, PA 19063 |
| 15044009 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15044032 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15044010 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15044033 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., P.O. Box 9547, Portland, ME 04112-9547 |
| 15044034 | * | U.S. Bank, N.A. as Trustee, c/o Select Portfolio Servicing, Inc., POB 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backe msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |

| | |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backe bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Jona Harvey Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| Jona Harvey, | § | Case No. 25-13236-DJB |
| Debtor. | § | **Related Docket No. 53** |

**ORDER DISMISSING CASE**

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 For Failure to Maintain Insurance and Provide Debtor-In-Possession Documents* (Docket No. 53) (the "Motion"), and the Court having considered the Motion, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1) The Motion is GRANTED.
2) The Debtor's bankruptcy case is hereby DISMISSED.
3) Within thirty (30) days of the entry of this Order, the Debtor shall (i) file all outstanding monthly operating reports and (ii) pay all statutory fees payable to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6), together with the statutory rate of interest.

4) This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order. The U.S. Trustee shall not be required to file a motion to reopen in connection with seeking enforcement of the terms of this Order by the Court.

Dated: August 31, 2026

The Honorable Derek J. Baker
United States Bankruptcy Judge